■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTIAN PANTOJAS, Appellant. [861 NYS2d 594]—Appeal by the defendant from a resentence of the County Court, Rockland County (Bartlett, J.), rendered December 4, 2006, convicting him of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the resentence is affirmed.

''[S]ince the defendant received the minimum sentence

permitted by law, this Court has no authority to reduce it as a matter of discretion in the interest of justice" (*People v Howard*, 50 AD3d 823 [2008]; *see* CPL 470.20 [6]; *People v Wilson*, 28 AD3d 796, 797 [2006]; *People v Muller*, 294 AD2d 602 [2002]). Spolzino, J.P., Fisher, Carni and Dickerson, JJ., concur.